# Miller v. The State.

*Murder.*

(Decided Jan. 18, 1906, 40 So. Rep. 47.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. DANIEL A. GREENE.

No counsel marked for appellant.

MASSEY WILSON, Attorney General for the State.

Reversed and remanded.

Opinion by SIMPSON, J.

HARALSON, DOWDELL & DENSON, JJ., concur.

---

# Stoudenmire v. The State.

*Murder.*

(Decided Jan. 18, 1906, 40 So. Rep. 48.)

APPEAL from Autauga Circuit Court.
Heard before Hon. S. L. BREWER.

GUY RICE, for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by DENSON, J.

HARALSON, DOWDELL & SIMPSON, JJ., concur.

---

# Florence Wagon Works v. Trinidad Asphalt Mfg. Co.

*Assumpsit.*

(Decided Jan. 18, 1906, 40 So. Rep. 49.)

APPEAL from Lauderdale Circuie Court.
Heard before Hon. E. B. ALMON.

JOHN T. ASHCRAFT and KIRK, CARMICHAEL & RATHER, for appellant.

SIMPSON & JONES, for appellee.

Reversed and remanded.

Opinion by HARALSON, J.

DOWDELL, ANDERSON and DENSON, JJ., concur.